UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**MONTE LUFFEY AND**                                  **PLAINTIFFS**
**ANGELE LUFFEY**

**VERSUS**                                  **CAUSE NO. 5:07-mc-00033**
                                                                       1:06-cv-00901-LTS-MTP*
                                                                       *U.S. District Court, Southern
                                                                       District of Mississippi

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                   **DEFENDANT**

## ORDER

HAVING CONSIDERED the foregoing Motion to Dismiss Motion for Contempt and to Compel Forensic Analysis & Engineering Corporation to Respond to Subpoena filed by the Plaintiffs Monte Luffey and Angele Luffey, the Court finds that Forensic Analysis & Engineering Corporation has responded to the Subpoena served upon it directing them to provide various documents, and therefore finds Plaintiffs' Motion for Contempt and to Compel moot.

**IT IS HEREBY ORDERED** that the Motion for Contempt and to Compel Forensic Analysis & Engineering Corporation to Respond to Subpoena is hereby dismissed, with each party to bear their own costs for this matter.

SO ORDERED. This the _21_ day of August 2007.

                                                                  JAMES C. DEVER III
                                                                  United States District Judge